No. 1419. H. K. PORTER CO., INC. *v.* UNITED SAW, FILE & STEEL PRODUCTS WORKERS OF AMERICA, FEDERAL LABOR UNION No. 22254, AFL–CIO. C. A. 3d Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *Philip H. Strubing* for petitioner. *Richard H. Markowitz* for respondent.

No. 13, Misc. CRUME *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *William E. Gray* for petitioner.

No. 956, Misc. RIVERA *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Eugene Gold* and *Harold M. Brown* for respondent.

No. 1174, Misc. SMITH *v.* NELSON, WARDEN. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *John P. Oakes,* Deputy Attorney General, for respondent.

No. 1313, Misc. DIAL *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *Gerald W. Getty* for petitioner. *William J. Scott,* Attorney General of Illinois, and *James R. Thompson, Joel M. Flaum,* and *Thomas J. Immel,* Assistant Attorneys General, for respondent.

No. 1491, Misc. FRYAR *v.* UNITED STATES; and
No. 1636, Misc. FRYAR *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States in both cases. Reported below: 404 F. 2d 1071.